```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 00612
   JOHN H MATTHEWS JR
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4470

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 01/10/2005 and was confirmed 03/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  23.83%.

     The case was paid in full 07/28/2008.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
---------------------------------------------------------------------------
FORD MOTOR CREDIT         SECURED          8675.00       1204.19      8675.00
FORD MOTOR CREDIT         UNSECURED        4484.87         .00        1068.70
ILLINOIS DEPT OF REVENUE  PRIORITY          444.68         .00         444.68
10 MINUTE PAYDAY LOANS    UNSECURED       NOT FILED        .00            .00
A ALL FINANCIAL SERVICES  FILED LATE       1043.81         .00            .00
CITY OF CHICAGO PARKING   UNSECURED        3520.00         .00         838.75
AMERITECH SMALL BUSINESS  UNSECURED       NOT FILED        .00            .00
VA WESTSIDE HOSP CREDIT   UNSECURED       NOT FILED        .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED         547.84         .00         130.54
NEAL FELD                 DEBTOR ATTY      1,900.00                   1,900.00
TOM VAUGHN                TRUSTEE                                       877.06
DEBTOR REFUND             REFUND                                        249.53

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE              15,388.45

PRIORITY                                        444.68
SECURED                                       8,675.00
    INTEREST                                  1,204.19
UNSECURED                                     2,037.99
ADMINISTRATIVE                                1,900.00
TRUSTEE COMPENSATION                            877.06
DEBTOR REFUND                                   249.53
                     ---------------     ---------------
TOTALS               15,388.45                15,388.45


            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 00612 JOHN H MATTHEWS JR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                         /s/ Tom Vaughn
  Dated: 10/29/08                        _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```